499 A.2d 1063

**Robert TAYLOR, Frank Varallo, Gwendolyn Madison and James Chernokal, Appellants,**

**v.**

**COMMONWEALTH of Pennsylvania, INSURANCE DEPARTMENT, et al.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1985.

Decided Nov. 7, 1985.

Malcolm H. Waldron, Jr., Philadelphia, for appellant.

Albert J. Strohecker, III, Deputy Chief Counsel, Samuel R. Marshall, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.